EOD
09/26/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL011, LLC | § | Case no.22-41114 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY COUNSEL FOR DEBTOR

Came on this day the Application for Authority to Employ Counsel for Debtor. The Court having reviewed the pleadings and heard argument of counsel is of the opinion for the reasons set forth in open Court, that said Application should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that Eric A. Liepins and the law firm of Eric A. Liepins, P.C., are hereby approved as counsel of record for the Debtor effective as of August 31, 2022.

Signed on 9/26/2022

Brenda T. Rhoades MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re:
WALL011, LLC
Debtor

Case No. 22-41114-btr
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0540-4 | User: admin | Page 1 of 2
Date Rcvd: Sep 26, 2022 | Form ID: pdf400 | Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL011, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Hao Xiaodong, Room 4-1-302 Section 6 Shijicheng, Yuandayuan Yuanda Rd., Haidian District, Beijing, China |
| cr | | Kong Weiji, Care of Li Jiang, 1-5-401 Nor Haidian Health Bureau Qinghe, 3rd Street Haidian District, Beijing, China |
| cr | | Kong Weiji, Care of Lin Li, Room 4-1-302 Section 6 Shijicheng, Yuandayuan Yuanda Rd. Haidian District, Beijing, China |
| cr | | Li Yanxia, Room 4-1-302 Section 6 Shijicheng, Yuandayuan Yuanda Rd. Haidian District, Beijing, China |
| cr | | Liu Yi, Care of Yue Zhang, Room 1-304 Building No.9, Tianzhaojiayuan No.41 Xizhimen N Street, Beijing China |
| cr | | Mr Xu Gang And Zhou, 701-K1 Shimaolijingchen, Tianmushan Road, Hangzhou China |
| cr | | Song Jiaxin, Care of: Li Lin, Room 4-1-302 Section 6 Shijicheng, Yuandayuan Yuanda Rd. Haidian District, Beijing, China |
| cr | | Tianqing Song, Room12-204 ZhongdingShanzhu ang, No.299Zhongshanmen Avenue, Nanjing Jiangsu China |
| cr | | Wang Yuchen, Care of Yue Zhang, Room 1-304 Building N 9, Tianzhaojiayuan No.41 Xizhimen N Street,, Beijing China |
| cr | | Weipeng He, G48242142Shanshui Wenyuan Hongyan Road, Chaoyang District, Beijing China |
| cr | | Wu Peng, Care of Ying Zhou, 15-3 Rongjin Yuan Taoyuan Town, Shenjiadian Community Xianlin Subdistric, Yuhang District Hangzhou China |
| cr | | Yang Shu Ping, Room 702 Unit 6 Building 2, Wulin Apartment No 3 Miduqiao Rd, Gongshu District, Hangzhou China |
| cr | | Ying Zhou, 15-3 Rongjin Yuan Taoyuan Town, Shenjiadian Community, Xianlin Subdistrict Yuhang District, Hangzho China |
| cr | | Yu Chenzhi Qin Qiao, Care of Qiao Qin., 1-202 No 12 Yiyuanjv No 4 Cuiwei Road, Haidian District, Beijin China |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gao Lin, A-102 Chunshen Chuangyi Yuan, No 228 Meifu Road Minhang District, Shanghai |
| cr | | Ling Guan, Room 101 Building 6, No. 458 East Hongkong Road, Laoshan District Qingdao |
| cr | | Rufeng Ding, Room 306 South Building Haiyue Mingmen, No 38 North Zaoying, Lane Maizidian |
| cr | | Zou Jie, Room 1601 Building 7 Phase II, Yanlord Jiangwan City No199 Leshan Rd, Jianye District |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL011 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2