IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**AGREED ORDER GRANTING**
**THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

Came on for consideration the United States Trustee's Motion to Dismiss, or for the Appointment of a Chapter 11 Trustee, or Other Relief ("U.S. Trustee's Motion") filed in the above-numbered and captioned administratively consolidated bankruptcy cases ("Cases"). The parties signing below agree to resolve the U.S. Trustee's Motion by this Agreed Order. The Court finds that the Motion was properly noticed and after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that Cases are hereby dismissed with prejudice to re-filing under any chapter of title 11 of the United States Code for a period of 180 days of this Order; it is further

ORDERED that the debtors in the respective Cases will pay all outstanding fees owed to the U.S. Trustee not later than seven days after entry of this Order.

SO ORDERED AND ADJUDGED.

Signed on 10/01/2025

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

United States Trustee Lisa Lambert

By:*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

WALL007, LLC
WALL009, LLC
WALL010, LLC
WALL011, LLC
WALL012, LLC
WALL016, LLC
WALL017, LLC
WALL018, LLC
WALL019, LLC
SEAGOVILLE FARMS, LLC

Cortney Thomas, Receiver

By:*/s/ C. Alan Carrillo (w/permission)*
C. Alan Carrillo
Attorney for Cortney Thomas, Receiver
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
alan@brownfoxlaw.com

Dated September 26, 2025

______________________________
Judge Brenda T. Rhodes
United States Bankruptcy Judge

United States Bankruptcy Court

Eastern District of Texas

In re:
WALL011, LLC
Debtor

Case No. 22-41114-btr
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Oct 01, 2025 Form ID: pdf400 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL011, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Kong Weiji, Care of Lin Li, Room 4-1-302 Section 6 Shijicheng, Yuandayuan Yuanda Rd. Haidian District, Beijing, China |
| cr | | Liu Yi, Care of Yue Zhang, Room 1-304 Building No.9, Tianzhaojiayuan No.41 Xizhimen N Street, Beijing China |
| cr | | Mr Xu Gang And Zhou, 701-K1 Shimaolijingchen, Tianmushan Road, Hangzhou China |
| cr | | Tianqing Song, Room12-204 ZhongdingShanzhu ang, No.299Zhongshanmen Avenue, Nanjing Jiangsu China |
| cr | | Wu Peng, Care of Ying Zhou, 15-3 Rongjin Yuan Taoyuan Town, Shenjiadian Community Xianlin Subdistric, Yuhang District Hangzhou China |
| 8177476 | + | HR STerling, 2736 Trophy Club Drive, Roanoke, TX 76262-3468 |
| 8177477 | | HU PING Care of Li Jiang. 1-5-401, NorthDormitory Haidian Health Bureau, Qinghe 3rd Street, Haidian District, Beijing, China |
| 8177475 | | Hao Xiaodong, Room 4-1-302, Section 6 Shijicheng Yuandayuan, Yuanda Rd., Haidian District, Beijing, China |
| 8177478 | | Ji Cun Xiang, Room 1-114 No.5, Cuiweidongli, Haiding District, Beijing, China |
| 8177479 | | Kong Weiji Care of Li Jiang. 1-5-401 Nor, Haidian Health Bureau, Qinghe 3rd Street, Haidian District, Beijing, China |
| 8177483 | | LI YANXIA, Room 4-1-302 Section 6 Shijicheng, Yuandayuan Yuanda Rd., Haidian District, Beijing, China |
| 8177486 | | LIU YI Care of Yue Zhang, Room 1-304 Building No.9, Tianzhaojiayuan No.41 Xizhimen N street, Haidian District, Beijing China |
| 8177480 | + | Larry Martin, 3069 Weterside Circle, Boynton Beach, FL 33435-6401 |
| 8177481 | | Li Lin, Kong Weiji, Care of Lin Li. Room 4-1-302 Section 6, Shijicheng Yuandayuan Yuanda Rd., Haidian District, Beijing, China |
| 8177482 | | Li Xiao Xia HU PING, Care of Li Jiang. 1-5-401, NorthDormitory Haidian Health Bureau, Qinghe 3rd Street, Haidian District, Beijing, China |
| 8177485 | | Ling Guan, Room 101 Building 6, No. 458 East Hongkong Road, Laoshan District Qingdao |
| 8177487 | | Mr Xu Gang And Zhou, 701-K1 Shimaolijingcheng?Tianmushan Road, Hangzhou China |
| 8177490 | | Song Jiaxin Care of: Li Lin, Room 4-1-302, Section 6 Shijicheng Yuandayuan, Yuanda Rd. Haidian District, Beijing, China |
| 8177493 | + | Vance McMurry, 508 W Lookout, Suite 17-14, Richardson, TX 75080-2176 |
| 8177494 | | Wang Yuchen, Care of Yue Zhang., Room 1-304 Building N 9 Tianzhaojiayuan, No.41 Xizhimen N street,, Beijing China |
| 8177495 | | Weipeng He, G48242142Shanshui Wenyuan Hongyan Road, Chaoyang District, Beijing China |
| 8177497 | | Yang Shu Ping, Room 702 Unit 6 Building 2, Wulin Apartment No 3 Miduqiao Rd, Gongshu District, Hangzhou China |
| 8177498 | | Ying Zhou, 15-3 Rongjin Yuan Taoyuan Town, Shenjiadian Community, Xianlin Subdistrict Yuhang District, Hangzho China |
| 8177499 | | Yu Chenzhi, Qin Qiao Care of Qiao Qin., 1-202 No 12 Yiyuanjv, No 4 Cuiwei Road Haidian District, Beijin China |
| 8177501 | | Zhang Yin Jing, 1-6-501 No 9 Fangyuan Nanli, Chaoyang District, Beijing, China |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8177491 | + | Email/Text: smetzger@pmklaw.com | Oct 02 2025 03:48:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gao Lin, A-102 Chunshen Chuangyi Yuan, No 228 Meifu Road Minhang District, Shanghai |
| cr | | Rufeng Ding, Room 306 South Building Haiyue Mingmen, No 38 North Zaoying, Lane Maizidian |
| cr | | Zou Jie, Room 1601 Building 7 Phase II, Yanlord Jiangwan City No199 Leshan Rd, Jianye District |
| 8177484 | | LICHUNYU Care of Rufeng Ding., Room 306 S Builing Haiyue, No 38 North Zaoying Lane, North Zaoying, Maizidian, |

| | | |
|---|---|---|
| | | Maizidian |
| 8177488 | | Ms Gao Lin, A-102 Chunshen Chuangyi Yuan, No 228 Meifu Road, Minhang District, Shanghai |
| 8177489 | | Rufeng Ding, Rufeng Ding, Room 306 South Building Haiyue Mingmen, No 38 North Zaoying Lane, Maizidian |
| 8177492 | | Tianqing Song, Room12-204 ZhongdingShanzhuang, No.299ZhongshanmenAvenueNanjing, JiangsuChina |
| 8177496 | | Wu Peng, Care of Ying Zhou. 15-3 Rongjin Yuan, Taoyuan Town Shenjiadian Community, Xianlin Subdistrict, Yuhang District, Hangzhou Chine |
| 8177500 | | Zhang Jun |
| 8177502 | | Zou Jie, Room 1601 Building 7 Phase II, Yanlord Jiangwan City, No199 Leshan Rd Jianye District |
| cr | * | Hao Xiaodong, Room 4-1-302 Section 6 Shijicheng, Yuandayuan Yuanda Rd., Haidian District, Beijing, China |
| cr | * | Kong Weiji, Care of Li Jiang, 1-5-401 Nor Haidian Health Bureau Qinghe, 3rd Street Haidian District, Beijing, China |
| cr | * | Li Yanxia, Room 4-1-302 Section 6 Shijicheng, Yuandayuan Yuanda Rd. Haidian District, Beijing, China |
| cr | * | Ling Guan, Room 101 Building 6, No. 458 East Hongkong Road, Laoshan District Qingdao |
| cr | * | Song Jiaxin, Care of: Li Lin, Room 4-1-302 Section 6 Shijicheng, Yuandayuan Yuanda Rd. Haidian District, Beijing, China |
| cr | * | Wang Yuchen, Care of Yue Zhang, Room 1-304 Building N 9, Tianzhaojiayuan No.41 Xizhimen N Street,, Beijing China |
| cr | * | Weipeng He, G48242142Shanshui Wenyuan Hongyan Road, Chaoyang District, Beijing China |
| cr | * | Yang Shu Ping, Room 702 Unit 6 Building 2, Wulin Apartment No 3 Miduqiao Rd, Gongshu District, Hangzhou China |
| cr | * | Ying Zhou, 15-3 Rongjin Yuan Taoyuan Town, Shenjiadian Community, Xianlin Subdistrict Yuhang District, Hangzho China |
| cr | * | Yu Chenzhi Qin Qiao, Care of Qiao Qin., 1-202 No 12 Yiyuanjv No 4 Cuiwei Road, Haidian District, Beijin China |

TOTAL: 10 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL011 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2